**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
AUG 28 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

In re:

Allana Baroni

Debtor(s)

CASE NO.: 1:12-bk-10986-MB
ADVERSARY NO.: 1:23-ap-01004-MB
BAP/USDC NO.: 2:23-cv-06689-MWF
NOTICE OF APPEAL FILED: 08/07/2023
APPEAL DOCKET ENTRY NO.: 54

FILED
CLERK, U.S. DISTRICT COURT
9/1/23
CENTRAL DISTRICT OF CALIFORNIA
BY: mz DEPUTY

vs.

Plaintiff(s)

Defendant(s)

**APPEAL DEFICIENCY NOTICE TO:**

☐ BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

☒ UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

☒ Statement of Issues
☒ Designation of Record
☒ Notice of Transcript
☐ Transcript(s)
☐ Filing Fee for Notice of Appeal
☐ Other (*specify*):

Date: 08/28/2023        By: Ana Gasparian

Kathleen J. Campbell
Clerk of Court

Deputy Clerk

# ELECTRONIC SERVICE LIST

- **Richard L Antognini**, rlalawyer@yahoo.com
- **Richard L Antognini** rlalawyer@yahoo.com, rlalawyer@yahoo.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Michael M Baker** mbaker@petersonlawllp.com, christine@petersonlawllp.com
- **Justin D Balser** Justin.Balser@troutman.com, LitigationDocketRequests@troutman.com;Elizabeth.Streible@troutman.com;Tracey.Cantu@troutman.com;evelyn.duarte@troutman.com;Carla.Llarena@troutman.com;erin.edwards@troutman.com;OCCcourtnotices@troutman.com
- **Adam N Barasch** anb@severson.com, elw@severson.com
- **Eric Bensamochan** eric@eblawfirm.us, G63723@notify.cincompass.com
- **Justin C Bentley** justinbentley@yahoo.com, mslattery@lkfirm.com,mabner@lkfirm.com,caguilar@lkfirm.com
- **Linda M Blank** linda@lmblank.com, lindablank.lb@gmail.com
- **Theron S Covey** tcovey@raslg.com, sferry@raslg.com
- **Ryan Coy** rcoy@bg.law, ecf@bg.law
- **Michael Daniels** BkECFnotifications@nationstarmail.com
- **Louis J Esbin** Louis@Esbinlaw.com
- **Richard W Esterkin** richard.esterkin@morganlewis.com
- **Oscar Estrada** oestrada@ttc.lacounty.gov
- **Christopher R Fredrich** cfredrich@steptoe.com, lacalendar@stroock.com
- **Daniel K Fujimoto** ecf@steelellp.com, rsoriano@steelellp.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **M. Jonathan Hayes** jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Gregory K Jones** gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com
- **Jeff Katofsky** jeff@katofskylaw.com, jgroves@propertymanagers.biz
- **Kelly M Kaufmann** bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- **Jason B Komorsky** ecf@bg.law, jkomorsky@bg.law
- **Bernard J Kornberg** bernard.kornberg@practus.com, elw@severson.com
- **Andrew Kussmaul** Andrew.Kussmaul@Bonialpc.com
- **Lewis R Landau** Lew@Landaunet.com

- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Jeannette Marsala**  jmarsala@marsalalawfirm.com, jmarsala@marsalalawfirm.com
- **Thomas E McCurnin**  tmccurnin@bkolaw.com, aduran@bkolaw.com;kescano@bkolaw.com
- **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
- **Brian H. Newman**  bnewman@dykema.com, nleali@dykema.com
- **JaVonne M Phillips**  bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com
- **John Rafferty**  john.rafferty@bonialpc.com
- **Robert Reganyan**  reganyanlawfirm@gmail.com
- **Robert Reganyan**  reganyanlawfirm@gmail.com
- **Matthew D. Resnik**  Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **J. Alexandra Rhim**  arhim@hrhlaw.com
- **Cassandra J Richey**  cdcaecf@bdfgroup.com
- **Michael S Riley**  mriley8@aol.com, 10986aa@gmail.com
- **Stefanie A Schiff**  stefanie.schiff@akerman.com, preston.ascherin@akerman.com;Melissa.cizmorris@akerman.com;Suzanne.jimenez@akerman.com
- **Susan K Seflin**  sseflin@bg.law
- **David Seror (TR)**  dseror@bg.law, csalazar@bg.law;C133@ecfcbis.com;mgalvan@bg.law
- **Mark M Sharf**  msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- **Wayne A Silver**  ws@waynesilverlaw.com, w_silver@sbcglobal.net
- **James K Snyder**  ksnyder@dykema.com, cacossano@dykema.com
- **Lukas Sosnicki**  lsosnicki@thompsoncoburn.com
- **Bill Taylor**  ecfnotices@4stechnologies.com
- **Edward A Treder**  cdcaecf@bdfgroup.com
- **United States Trustee (SV)**  ustpregion16.wh.ecf@usdoj.gov
- **Fanny Zhang Wan**  fwan@raslg.com
- **Kristin A Zilberstein**  Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com

# MANUAL MAIL NOTICE LIST

**Preston K Ascherin**
Akerman LLP
601 West Fifth Street, Ste 300
Los Angeles, CA 90071

**Goodman Faith, LLP**
c/o Greenberg & Bass
16000 Ventura Boulevard, Suite 1000
Encino,

**LEA Accountancy, LLP**
3435 Wilshire Boulevard
Suite 990
Los Angeles, CA 90010

**Landsberg & Associates**
16030 Ventura Blvd, Ste 470
Encino, CA 91436

**Andrew W Noble**
Severson & Werson
One Embarcadero Center Ste 2600
San Francisco, CA 94111

**Harry A Olivar**
Quinn Emanuel
865 S. Figueroa, 10th Flr
Los Angeles, CA 90017

**Christopher Peterson**
Duncan Peterson, LLP
9965 Chesapeake Dr Ste 305
San Diego, CA 92123

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

21041 Burbank Blvd, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled (*specify*): Appeal Deficiency Notice to United States District Court, Central District of California

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/28/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/28/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/28/2023 | Ana Gasparian | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE